

2012 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

3-7-2012

# Minard Run Oil Company v. US Forest Ser

Precedential or Non-Precedential: Precedential

Docket No. 10-1265

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2012

Recommended Citation

"Minard Run Oil Company v. US Forest Ser" (2012). *2012 Decisions.* Paper 1211.
http://digitalcommons.law.villanova.edu/thirdcircuit_2012/1211

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2012 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

Nos. 10-1265 and 10-2332

MINARD RUN OIL COMPANY; PENNSYLVANIA INDEPENDENT OIL AND GAS
ASSOCIATION; ALLEGHENY FOREST ALLIANCE;
COUNTY OF WARREN, PENNSYLVANIA

v.

UNITED STATES FOREST SERVICE, an agency of the
U.S. Department of Agriculture;
TOM TIDWELL, in his official capacity as Chief of the U.S. Forest Service;
KENT P. CONNAUGHTON, in his official capacity
as regional Forester for the U.S. Forest Service, Eastern Region;
LEANNE M. MARTEN, in her official capacity as
Forest Supervisor for the Allegheny National Forest;
ATTORNEY GENERAL OF THE UNITED STATES OF AMERICA;
FOREST SERVICE EMPLOYEES FOR ENVIRONMENTAL ETHICS;
ALLEGHENY DEFENSE PROJECT;
SIERRA CLUB

Forest Service Employees for Environmental Ethics,
Allegheny Defense Project, Sierra Club,
Appellants

Before: FUENTES, CHAGARES and ROTH, Circuit Judges

**ORDER AMENDING OPINION**

At the direction of the Court, the opinion filed on September 20, 2011 is amended
to delete the statute citation appearing in footnote 3 on page 10 of the opinion as follows:

Drilling in the ANF is regulated by the Pennsylvania Department of
Environmental Protection (DEP) and subject to a permit process. A permit is
usually obtained before applying for an NTP. As an affected landowner, the

Service has the right to participate in the permit process and challenge the terms of a permit.


For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

Date:  March 7, 2012